A CERTIFIED TRUE COPY
ATTEST

By April Layne on Dec 09, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Nov 21, 2008**

FILED
CLERK'S OFFICE

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-22)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 219 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 09, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy In _3_ sheet(s)
of the record in my custody.
CERTIFIED, DEC 17 20 08
Richard D. Sletten, Clerk
BY
Deputy Clerk

Page 1 of 2

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                         MDL No. 1905

### SCHEDULE CTO-22 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  3  08-167 | James Hale, et al. v. Medtronic, Inc., et al.  08- 6389 |
| **CALIFORNIA CENTRAL** | |
| ~~CAC  2  08-7021~~ | ~~Michele L. Louros v. Medtronic, Inc.~~ **OPPOSED 12/9/08** |
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-5029 | Milo Burge v. Medtronic, Inc.   08-6390 |
| **DISTRICT OF COLUMBIA** | |
| DC  1  08-1888 | Paul Baron, et al. v. Medtronic, Inc.  08- 6391 |
| **KENTUCKY EASTERN** | |
| KYE  2  08-190 | Ronald Murphy v. Medtronic, Inc., et al.  08- 6392 |
| **KENTUCKY WESTERN** | |
| KYW  3  08-551 | Leevone Baker, et al. v. Medtronic, Inc., et al.  08- 6393 |
| **LOUISIANA EASTERN** | |
| LAE  2  08-4731 | Anthony Mongogna v. Medtronic, Inc., et al.  08- 6394 |
| **NEW YORK EASTERN** | |
| NYE  1  08-4378 | Robert Holt, et al. v. Medtronic, Inc., et al.  08- 6395 |
| NYE  2  08-4470 | Carole Civile v. Medtronic, Inc., et al.  08- 6396 |
| **OHIO NORTHERN** | |
| OHN  1  08-2597 | Tammy Laney, etc. v. Medtronic, Inc., et al.  08- 6397 |
| **TENNESSEE MIDDLE** | |
| TNM  2  08-97 | James H. Roberts, et al. v. Medtronic, Inc.  08- 6398 |
| TNM  3  08-1004 | Bobby Lax, et al. v. Medtronic, Inc.  08- 6399 |
| **TENNESSEE WESTERN** | |
| TNW  2  08-2691 | Stanley Batts, et al. v. Medtronic, Inc., et al.  08- 6400 |

## MDL No. 1905 - Schedule CTO-22 Tag Along Actions (Continued)

**DIST. DIV. C.A. #**          **CASE CAPTION**

TEXAS SOUTHERN
  TXS  1  08-460              Patricia Tillman Gonzales v. Medtronic, Inc., et al.  08-6401
  TXS  4  08-2951             Doyle T. Burress, et al. v. Medtronic, Inc., et al.  08-6402
  TXS  4  08-2954             Edith Fay McDowell, etc. v. Medtronic, Inc., et al.  08-6403
  TXS  4  08-3031             Mary Catherine Smith v. Medtronic, Inc., et al.  08-6404
  TXS  4  08-3249             Elby Wade Hudson v. Medtronic, Inc., et al.  08-6405

TEXAS WESTERN
  TXW  3  08-427              Floyd L. Wilder v. Medtronic, Inc., et al.  08-6406